# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | Case No. 4:19CR591 ERW/NAB |
| | ) | |
| **ABDUL NAUSHAD** | ) | |
| **WAJIHA NAUSHAD** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR
## EXPEDITED PERMISSION TO TRAVEL TO PAKISTAN

Come Defendants Dr. Abdul Naushad and his wife Wajiha Naushad, through their respective counsel, and move the Court to modify their conditions of release to allow them to travel to Pakistan from May 14-31, 2021 to plan and host their son's wedding in Lahore, Pakistan. As a condition of their bond Naushads had to surrender their passports to United States Probation Office. For their trave to Pakistan Naushad's need their passports which are believed to have expired in 2020. If their travel is approved by the Court, they would need to retrieve and renew their passports and obtain any necessary visas for Pakistan. These tasks will take at least three to four weeks, hence their request for expedited action.

Undersigned have discussed the motion with Assistant United States Attorney Dorothy L. McMurtry, and she does not object.

Respectfully submitted,

/s/ Khalid A. Kahloon
Khalid A. Kahloon (87938KY)
600 West Main Street, Ste 500
Louisville, KY 40202
Telephone: 502-261-7200
kahloon@msn.com
*Attorney for Defendant Wajiha Naushad*

/s/ J. Alex Little  (w/permission)
J. Alex Little (029858TN)
Burr & Forman LLP
222 2nd Ave S, Suite 2000
Nashville, TN  37201
Telephone: 615-724-3203
alex.little@burr.com
*Attorney for Defendant Abdul Naushad*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I electronically filed with the Clerk of the Court using the CM/ECF system upon:

Dorothy L. McMurtry
U.S. Department of Justice
Office of U.S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102
Email: dorothy.mcmurty@usdoj.gov

/s/ Khalid A. Kahloon

2