UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CR-00591 ERW |
| ABDUL NAUSHAD and WAJIHA NAUSHAD, | ) |
| Defendants. | ) |

## ORDER SETTING FINAL PRETRIAL AND TRIAL PROCEDURES

**IT IS HEREBY ORDERED** that counsel for the government and defendants are directed to comply with each of the following procedures and requirements.

1. No later than **Tuesday, March 22, 2022** counsel for the government must file a notice of all evidence as to each defendant that the government expects to introduce under Rule 404(b) or Rule 609, Federal Rules of Evidence.

2. No later than **Tuesday, March 22, 2022** counsel for the government must provide defendants with a written summary of all evidence the government intends to use under Rules 702, 703, or 705. The summary must provide the information specified in Rule 16 (a)(1)(G), Fed. R. Crim. P.

3. Not later than **Tuesday, March 22, 2022** the government must notify defense counsel of any transcripts or translations that it proposes to use at trial. Defendant must file any motion challenging the accuracy of any transcripts or translations no later than **Friday, March 25, 2022.** If disputes exist, the parties must be prepared to provide at the final pretrial conference whatever evidence is needed to aid the court in resolving the dispute.

4. No later than **Friday, March 25, 2022** the government shall file its proposed jury instructions, including a proposed verdict form, and its exhibit list.

Dated this 21st day of January, 2022.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE