UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CR-591-ERW |
| ABDUL NAUSHAD, and<br>WAJIHA NAUSHAD, | ) ) ) ) |
| Defendants. | ) ) |

**SUPPLEMENT AS TO ADVICE OF COUNSEL DISCOVERY REQUIREMENTS**

In *United States v. Richard Gross, et al*, 4:14-CR-187 JAR, the United States moved in limine to preclude an advice of counsel defense.  Doc. No. 212.  At a pretrial conference held on March 31, 2016, the Court determined that defendants would need to make a full proffer of the evidence as to the advice of counsel defense.  Doc. No. 220.  That hearing was held, before trial, on April 1, 2016.  Doc. No. 223.  Following that hearing, at which the defendants had to make a full showing as to the evidence in support of advice of counsel, the District Court granted the government's motion in limine to preclude the advice of counsel defense.

              Respectfully submitted,

              SAYLER A. FLEMING
              United States Attorney

               */s/ Derek J. Wiseman*
              DEREK J. WISEMAN, #67257MO
              Assistant United States Attorney
              111 S. 10th Street, Rm. 20.333
              St. Louis, Missouri 63102
              (314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for the defendant.

/s/ Derek J. Wiseman
DEREK J. WISEMAN #67257MO
Assistant United States Attorney
